

No. 12–0053/AR. U.S. v. Richard L. Easton. CCA 20080640. Appellant's motion to extend time to file a brief granted, ***up to and including January 20, 2012,*** and ***absent extraordinary circumstances, no further extension of time will be granted in this case.***

No. 12–0071/AR. U.S. v. Robert M. Bigback. CCA 20101044. Appellant's motion to extend time to file a brief granted, ***up to and including January 27 , 2012,*** and ***absent extraordinary circumstances, no further extension of time will be granted in this case.***

No. 12–0131/AR. U.S. v. Robert L. Murchison. CCA 20101052. Appellant's motion to extend time to file a brief granted, ***up to and including January 30, 2012,*** and ***absent extraordinary circumstances, no further extension of time will be granted in this case.***

No. 12–0136/AR. U.S. v. Colin M. Jameson. CCA 20090908. Review granted on the following issue:

WHERE A SPECIFICATION CHARGED UNDER ARTICLE 134, UCMJ, FAILS TO STATE AN OFFENSE UNDER *UNITED STATES v. FOS-*

*LER,* 70 M.J. 225 (C.A.A.F. 2011), BY NOT INCLUDING THE TERMI-NAL ELEMENTS FOR CLAUSE 1 OR 2, CAN AN ACCUSED PROVI-DENTLY PLEAD GUILTY TO SUCH A SPECIFICATION WHERE HE FAILS TO OBJECT TO THE SPECIFICATION AT TRIAL, WHERE THE MILITARY JUDGE ADVISES THE ACCUSED OF THE TERMI-NAL ELEMENTS DURING THE PROVIDENCE INQUIRY, AND THE ACCUSED ADMITS TO ALL THE ELEMENTS?

No briefs will be filed under Rule 25.

